JOHN H. RIDDLE (State Bar No. 51418)
PAUL J. BYRNE (State Bar No. 190860)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: (415) 984-8200
Fax: (415) 984-8300
E-Mail: jriddle@nixonpeabody.com
E-Mail: pbyrne@nixonpeabody.com

Attorneys for Plaintiff
RUBECON GENERAL CONTRACTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBECON GENERAL CONTRACTING, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CCI, INC., an Alaska corporation; METROPOLITAN ENTERPRISES, INC., a Maryland corporation; and VETERAN CONSTRUCTION ONE, a joint venture partnership,<br><br>                    Defendants. | No. C 07-01801 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed: March 29, 2007<br>Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS; (CASE NO. C07-01801 MEJ)                    -1-                                                  10614326.1

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  Pursuant to ADR L.R. 3-4(b), the parties agree to participate in private mediation.
4  The parties agree to hold the ADR session (private mediation) by the presumptive deadline, which is
5  90 days from the date of the order referring the case to an ADR process unless otherwise ordered.

6  DATED: June 13, 2007            NIXON PEABODY LLP

8                                  /s/
                                    JOHN H. RIDDLE
9                                   PAUL J. BYRNE
                                    Attorneys for Plaintiff
10                                  RUBECON GENERAL CONTRACTING, INC.

12 DATED: June 13, 2007            THELEN REID BROWN RAYSMAN & STEINER LLP

14                                  /s/
                                    LOUIS J. CISZ, III
15
                                    Attorneys for Defendants CCI, INC.,
16                                  METROPOLITAN ENTERPRISES, INC., and
                                    VETERAN CONSTRUCTION ONE

19                                  /s/
                                    MICHAEL D. WHITE
                                    *Admitted Pro Hac Vice*
20                                  Alaska Bar No. 8611144
                                    PATTON BOGGS LLP
21                                  601 West Fifth Avenue, Suite 700
                                    Anchorage, Alaska  99501

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private Mediation.

The deadline for ADR session is 90 days from the date of this order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 14, 2007



_____
UNITED STATES _____ JUDGE